Memorandum Opinion issued February 6, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-99-01007-CV

____________


PRENTIS B. TOMLINSON, JR., Appellants


V.


SALLY ANN TOMLINSON, Appellees






On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 99-11502






MEMORANDUM OPINION

 The parties have filed an agreed motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed without
prejudice. Tex. R. App. P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. 

PER CURIAM

Panel consists of Justices Taft, Higley, and Wilson. (1)
1.